# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SUSAN CASTILLOVEITIA,**

        **Plaintiff,**

**-vs-**                                                      **Case No. 6:11-cv-611-Orl-28GJK**

**PHYSICIAN ASSOCIATES, LLC,**

        **Defendant.**

_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and Motion to Dismiss the Case with Prejudice (Doc. No. 20) filed November 11, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Non-Objection to the Report and Recommendation filed by the parties (Doc. No. 22), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 22, 2011 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Motion to Dismiss the Case with Prejudice (Doc. No. 20) is **GRANTED** to the extent the Court finds the Settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues.

3. This case is dismissed with prejudice.

4. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___30th___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge